

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jennifer McGough Russell, as
Trustee of the Jennifer McGough
Russell Trust and as Co-Trustee
of the Bobby Frank McGough Trust,

\* From the 39th District Court
 of Stonewall County,
 Trial Court No. 4676

Vs. No. 11-19-00270-CV

\* August 12, 2021

John Michael McGough, as
Trustee of the John Michael McGough
Trust and as Co-Trustee of the
Bobby Frank McGough Trust,

\* Memorandum Opinion by Trotter, J.
 (Panel consists of: Trotter, J.,
 Williams, J., and Wright, S.C.J.
 sitting by assignment)
 (Bailey, C.J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jennifer McGough Russell, as Trustee of the Jennifer McGough Russell Trust and as Co-Trustee of the Bobby Frank McGough Trust.